**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LEXICON, INC.                                                                                          PLAINTIFF

v.                                              NO. 4:09CV00067 JLH

ACE AMERICAN INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA                                                                            DEFENDANTS

## ORDER

The motion for admission to appear *pro hac vice* by Terri L. Ackerman is GRANTED. Document #21. Ms. Ackerman is hereby admitted to appear before this Court as co-counsel for Ace American Insurance Company, along with Scott J. Lancaster of Wilcox, Parker, Hurst, Lancaster & Lacy, PLC.

IT IS SO ORDERED this 11th day of March, 2009.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE