**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LEXICON, INC.                                                                                          PLAINTIFF

v.                                          NO. 4:09CV00067 JLH

ACE AMERICAN INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA                                                                              DEFENDANTS

## ORDER

The motion for admission to appear *pro hac vice* by Charles J. Jesuit, Jr., is GRANTED. Document #22.  Mr. Jesuit is hereby admitted to appear before this Court as co-counsel for Ace American Insurance Company, along with Scott J. Lancaster of Wilcox, Parker, Hurst, Lancaster & Lacy, PLC.

IT IS SO ORDERED this 11th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE