**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LEXICON, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CAUSE NO. 4:09-CV-0067-JLH |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY and NATIONAL UNION | § | |
| FIRE INSURANCE COMPANY | § | |
| OF PITTSBURGH, PA | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, pursuant to Stipulation of Dismissal with Prejudice filed by the parties hereto, and the Court being otherwise well and sufficiently advised in the premises,

**IT IS, BY THE COURT, CONSIDERED AND ORDERED** that the Complaint, Counterclaim, and all other claims in this action be, and the same hereby are, dismissed with prejudice.

**IT IS SO ORDERED** this 27th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE